**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| CARRIE HAHN, | : | No. 10 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WILMINGTON TOWNSHIP, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.